IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE L. ROBERSON,

        Plaintiff,                      No. CIV S-02-1655 WBS DAD P

    vs.

D.L. RUNNELS, et al.,

        Defendants.             <u>ORDER</u>

/

        On May 28, 2010, plaintiff filed a request for a status update regarding his filing fees. On November 13, 2002, the undersigned issued findings and recommendations recommending that this action be dismissed without prejudice. Those findings and recommendations were adopted and judgment was entered on December 31, 2002. Accordingly, this civil rights action was closed on December 31, 2002. Plaintiff is advised that documents filed since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: July 6, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
robe1655.58